IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| UNITED STATES | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 1:12-CR-00092-MJM |
| | : | |
| PETER BLAKE, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR LEAVE TO FILE SEALED MATERIALS

Peter Blake, by and through his attorney, Andrew C. White hereby moves this Honorable Court for leave to file correspondence related to medical care under seal.

As grounds for this motion, the defense states that the document contains sensitive personal medical information as well as additional sensitive information contained in the Presentence Investigation Report, itself a sealed document.

WHEREFORE, the defense requests that this Honorable Court grant its motion for leave to file correspondence related to medical care under seal.

Respectfully Submitted,

_____/S/_____
Andrew C. White
(Federal Bar No. 08821)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
400 East Pratt Street
Suite 900
Baltimore, Maryland 21202
(410) 385-2225